FILED
CHARLOTTE, NC

DEC - 5 2017

US District Court
Western District of NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Docket No. 3:17-mj-411** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| FRAUSTO ANTONIO LOPEZ | ) |  |
|  | ) |  |

## ORDER UNSEALING COMPLAINT AND ARREST WARRANT

UPON MOTION of the United States of America for an order directing that the criminal Complaint and the arrest Warrant in the above-captioned case be unsealed,

IT IS HEREBY ORDERED that the criminal Complaint and the arrest Warrant be unsealed.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED this 5th day of December 2017.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE