IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) FAUSTO ANTONIO LOPEZ<br>(2) MICHAEL JORDAN MILLAN-LEON | Docket No. 3:17-cr-349-RJC<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>21 U.S.C. § 841<br>21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Methamphetamine Trafficking Conspiracy)**

From at least as early as in or about March 2017 through November 2017, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the Defendants,

**(1) FAUSTO ANTONIO LOPEZ and**
**(2) MICHAEL JORDAN MILLAN-LEON,**

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantity of Methamphetamine Involved in the Conspiracy

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) grams of methamphetamine (actual) and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant (1) FAUSTO ANTONIO LOPEZ. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

It is further alleged that, with respect to the conspiracy offense charged in Count One, five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant (2) MICHAEL JORDAN MILLAN-LEON. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

On or about November 30, 2017, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the Defendant,

### (2) MICHAEL JORDAN MILLAN-LEON,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Methamphetamine Involved in Count Two

It is further alleged that, with respect to the offense charged in Count Two, five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant (2) MICHAEL JORDAN MILLAN-LEON. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- A forfeiture money judgment in the amount of at least $10,200, such amount constituting the proceeds of the violations set forth in this bill of indictment.
- One Samsung Galaxy S8 cell phone, one Motorola Moto cell phone, and $3,709.85 in U.S. currency seized during this investigation on November 30, 2017.

A TRUE BILL:



FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY