IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-349-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FAUSTO ANTONIO LOPEZ, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 71) filed October 2, 2018. In accordance with the Local Rules, the Court has considered the sentencing exhibit, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the sentencing exhibit contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 71) is **GRANTED**, and Defendant's "Exhibit For Sentencing" (Document No. 70) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: October 3, 2018

David C. Keesler
United States Magistrate Judge